Jack COLLIER, Appellant,

v.

STATE of Texas, Appellee.

No. 27904.

Court of Criminal Appeals of Texas.

Nov. 16, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Theft by bailee is the offense; the punishment assessed, on a plea of guilty, ten years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is violation of the liquor law; the punishment, a fine of $750.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.